1  **BRADLEY/GROMBACHER LLP**
   Marcus J. Bradley (SBN 174156)
2  Kiley L. Grombacher (SBN 245960)
   Taylor L. Emerson (SBN 225303)
3  2815 Townsgate Rd, Suite #130
   Westlake Village, California 91361
4  Telephone: (805) 270-7100
5  Facsimile: (805) 270-7589
   mbradley@bradleygrombacher.com
6  kgrombacher@bradleygrombacher.com
   temerson@bradleygrombacher.com
7

8  **LAW OFFICES OF SAHAG MAJARIAN II**
   Sahag Majarian, II, Esq. (SBN 146621)
9  18250 Ventura Blvd.
   Tarzana, CA 91356
10 Telephone: (818) 609-0807
   Facsimile: (818) 609-0892
11 sahagii@aol.com

12
   Attorneys for Plaintiff MARIA VILLALOBOS
13

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLALOBOS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC. and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 15-CV-2366-MCE-KJN**<br>(*Related to Case No. 37-2018-00004965-CU-OE-CTL*)<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

///

///

///

///

**TO THE COURT:**

**COMES NOW,** Plaintiff Maria Villalobos ("Plaintiff") and Defendant Hospitality Staffing Solutions, LLC ("Defendant") (collectively the "Parties") hereby submit the following Stipulation by and through their counsel of record Granting Plaintiff Leave to File a First Amended Complaint.

**WHEREAS**, Plaintiff seeks to file an amended pleading to amend the proposed Plaintiff class to the following: "all former and current non-exempt housekeeping employees of Defendant Hospitality Staffing Solutions, LLC (hereinafter "Hospitality Staffing Solutions" or "Defendant") who worked at Marriott branded properties ("Marriott") in California during the Class Period." Such properties include, but are not limited to, properties operated by Marriott under the following brands:

- The Ritz-Carlton®
- Gaylord Hotels®
- Bulgari® Hotels & Resorts
- AC Hotels by Marriott®
- EDITION®
- Courtyard by Marriott® ("Courtyard®")
- JW Marriott®
- Residence Inn by Marriott® ("Residence Inn®")
- Autograph Collection® Hotels
- SpringHill Suites by Marriott® ("SpringHill Suites®")
- Renaissance® Hotels
- Fairfield Inn & Suites by Marriott® ("Fairfield Inn & Suites®")
- Marriott Hotels®
- TownePlace Suites by Marriott® ("TownePlace Suites®")
- Delta Hotels and Resorts®
- Protea Hotels®
- Marriott Executive Apartments®

**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**

- Moxy Hotels®
- Marriott Vacation Club®

**WHEREAS**, Defendant Hospitality Staffing Solutions, LLC need not answer the First Amended Complaint and its answer to the original complaint will remain operative as to the First Amended Complaint.

**WHEREAS**, for the Court's convenience, a version of the First Amended Complaint tracking the changes from the First Amended Complaint is attached hereto as **Exhibit "A"**;

**WHEREAS**, a copy of the proposed First Amended Complaint Plaintiff is seeking leave to file is attached hereto as **Exhibit "B"**;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel that Plaintiff should be granted leave to amend to file the First Amended Complaint attached hereto as **Exhibit "B."**

DATED: October 11, 2018

**BRADLEY/GROMBACHER, LLP**
**LAW OFFICES OF SAHAG MAJARIAN II**

By: /S/Marcus J. Bradley
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher, Esq.
    Taylor L. Emerson, Esq.
    Sahag Majarian, II, Esq.
    Attorneys for Plaintiff

DATED: October 11, 2018

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /Brian D. Berry
    Brian D. Berry, Esq.
    Douglas J. Farmer, Esq.
    Attorneys for Defendant

**ORDER**

Pursuant to the stipulation between the Parties (ECF No. 16) in the above-captioned action, the Court GRANTS Plaintiff Maria Villalobos's ("Plaintiff") request for leave to amend to file the First Amended Complaint ("FAC") attached to the Parties' stipulation as Exhibit "B". Defendant Hospitality Staffing Solutions, LLC need not answer the FAC and its answer to the original complaint will remain operative as to the FAC.

IT IS SO ORDERED.

Dated: November 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE